IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN LIMEHOUSE,

    Plaintiff,

v.

KEVIN A. CARR, CHRYSTAL MARCHANT, DR. CHERYL A. JEANPIERRE, M.D., APNP MARY MOORE, SYLVIA L. YOUNG, JAMES MUENCHOW, BETH DITTMANN, L. ALSUM, EMILY DAVIDSON, BRAD HOMPE, C. O'DONNELL, DR. PAUL A. BEKX, M.D., BHS CENTRAL PHARMACY, DR. DANIEL L. LAVOIE, M.D., DR. DANIEL L. CAMACHO M.D., PH.D., ST. AGNES HOSPITAL, and RADIOLOGY ASSOCIATES OF THE FOX VALLEY,

    Defendants.

Case No. 21-cv-175-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/21/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |